**Writ of Mandamus is Denied; Opinion November 20, 2013.**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01589-CV

### IN RE MICHAEL JAMES VELA, Relator

**On Appeal from the 255th Judicial District Court
Dallas County, Texas
Trial Court Cause No. 11-18332-S**

## MEMORANDUM OPINION

Before Justices FitzGerald, Lang, and Myers
Opinion by Justice Lang

Relator contends the trial judge erred by ordering genetic testing. The facts and issues are well known to the parties, so we need not recount them herein. Based on the record before us, we conclude relator has not shown he is entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a); *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding). Further, relator's petition does not satisfy the requirements of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 52.3(j); *In re Butler*, 270 S.W.3d 757, 758 (Tex. App.—Dallas 2008, orig. proceeding). Accordingly, we **DENY** relator's petition for writ of mandamus.

/Douglas S. Lang/
DOUGLAS S. LANG
JUSTICE

131589F.P05